# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Brandon Lin | | | | Mag. Judge: Sally J. Berens |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:23-mj-00208-SJB | 5/10/2023 | 11:10 AM - 11:32 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Adam Townshend | Defendant: Appeared w/out counsel (will retain)* | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| | Out-of-District Warrant WDOK M-23-276-STE | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
   - __ mute   __ nolo contendre
   - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- ✓ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- ✓ Waiver of  Rule 5 and 5.1 Hearings
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____<br>
of the _____<br>
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court<br>
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Attorney Helen C. Nieuwenhuis appeared on defendant's behalf for this hearing only.

Defendant waived identity hearing and production of warrant; requested additional time to prepare for preliminary hearing; request granted.

### SENTENCING
Imprisonment: _____<br>
Probation: _____<br>
Supervised Release: _____<br>
Fine: $ _____<br>
Restitution: $ _____<br>
Special Assessment: $ _____<br>
Plea Agreement Accepted:   __Yes   __No<br>
Defendant informed of right to appeal:   __Yes   __No<br>
Counsel informed of obligation to file appeal:   __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 50,000.00   Unsecured |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Preliminary Hearing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Norton |